# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700256

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## ZHENYA T. ANDERSEN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding General, 3d Marine
Division (-)(Rein), Okinawa, Japan.
Staff Judge Advocate's Recommendation: Captain Justin D. Petty,
USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 14 December 2017

―――――――――――――

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court